THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022

Attorneys for Florence Francisco

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>Florence Francisco,<br>　　　　　Defendant. | Case No.: 2:13-cr-00103-MCE<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for July 30, 2015, at 9:00 a.m. is continued to December 17, 2015, at 9:00 a.m. in the same courtroom.  Probation has also been informed of the continuance request.  Defendant needs additional time to prepare for sentencing and requested a continuance.

///
///
///
///
///
///
///

1

1  Todd Pickles, Assistant United States Attorney, and Thomas A. Johnson, Defendant's
2  attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: June 30, 2015                    By:    /s/ Thomas A. Johnson
                                               THOMAS A. JOHNSON
                                               Attorney for Florence Francisco


DATED: June 30, 2015                           BENJAMIN B. WAGNER
                                               United States Attorney

                                        By:    /s/ Thomas A. Johnson for
                                               TODD PICKLES
                                               Assistant United States Attorney

    **IT IS SO ORDERED.**

Dated:  June 30, 2015

                            _____
                            MORRISON C. ENGLAND, JR., CHIEF JUDGE
                            UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>FLORENCE FRANCISCO,<br>　　　　Defendant. | Case No. 2:13-cr-00103-MCE<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

| | |
|---|---|
| Judgment and Sentencing date: | December 17, 2015 |
| Reply or Statement | December 10, 2015 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | December 3, 2015 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | November 19, 2015 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 5, 2015 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | October 22, 2015 |