1 THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
2 Law Office of Thomas A. Johnson
3 400 Capitol Mall, Suite 1620
Sacramento, California  95814
4 Telephone:  (916) 422-4022
Attorneys for Florence Francisco
5

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:13-cr-00103-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER FOR |
| Florence Francisco, | ) CONTINUANCE OF JUDGMENT AND |
| Defendant. | ) SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for December 17, 2015, at 9:00 a.m. is continued to February 11, 2016, at 9:00 a.m. in the same courtroom.   Probation has also been informed of the continuance request.  Defendant needs additional time to prepare for sentencing and requested a continuance.

///
///
///
///
///
///
////

1

Todd Pickles, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: November 2, 2015                        By:   /s/ Thomas A. Johnson
                                                     THOMAS A. JOHNSON
                                                     Attorney for Florence Francisco

DATED: November 2, 2015                              BENJAMIN B. WAGNER
                                                     United States Attorney

                                               By:   /s/ Thomas A. Johnson for
                                                     TODD PICKLES
                                                     Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:  November 10, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>FLORENCE FRANCISCO,<br>　　　　　Defendant. | Case No. 2:13-cr-00103-MCE<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

| | |
|---|---|
| Judgment and Sentencing date: | February 11, 2016 |
| Reply or Statement | February 4, 2016 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | January 28, 2016 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | January 21, 2016 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 7, 2016 |

3