1  THOMAS A. JOHNSON, #119203
2  KRISTY M. KELLOGG, #271250
   Law Office of Thomas A. Johnson
3  400 Capitol Mall, Suite 1620
   Sacramento, California 95814
4  Telephone: (916) 422-4022
5  Attorneys for Florence Francisco

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>Florence Francisco,<br>　　　　　Defendant. | Case No.: 2:13-cr-00103-MCE<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for February 11, 2016, at 9:00 a.m. is continued to May 5, 2016, at 9:00 a.m. in the same courtroom. Probation has also been informed of the continuance request. Defendant needs additional time to prepare for sentencing and requested a continuance.

///
///
///
///
///
///
///

1

Todd Pickles, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: February 2, 2016             By:   /s/ Thomas A. Johnson
                                          THOMAS A. JOHNSON
                                          Attorney for Florence Francisco


DATED: February 2, 2016                   BENJAMIN B. WAGNER
                                          United States Attorney

                                    By:   /s/ Thomas A. Johnson for
                                          TODD PICKLES
                                          Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  February 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FLORENCE FRANCISCO,<br>Defendant. | Case No. 2:13-cr-00103-MCE<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

| | |
|---|---|
| Judgment and Sentencing date: | May 5, 2016 |
| Reply or Statement | April 28, 2016 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | April 21, 2016 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | April 14, 2016 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 31, 2016 |

3