THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Florence Francisco

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>Florence Francisco,<br>　　　　Defendant. | Case No.: 2:13-cr-00103-MCE<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for May 5, 2016, at 9:00 a.m. is continued to May 19, 2016, at 9:00 a.m. in the same courtroom.   Probation has also been informed of the continuance request.  Defendant needs additional time to prepare for sentencing and requested a continuance.

///
///
///
///
///
///
///

1

Todd Pickles, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: April 6, 2016              By:   /s/ Thomas A. Johnson
                                        THOMAS A. JOHNSON
                                        Attorney for Florence Francisco

DATED: April 6, 2016                    BENJAMIN B. WAGNER
                                        United States Attorney

                                  By:   /s/ Thomas A. Johnson for
                                        TODD PICKLES
                                        Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  April 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2